United States District Court
Southern District of Texas
**ENTERED**
August 31, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | | |
|---|---|---|
| ON THE RIVER CORPORATION, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:22-cv-00166 |
| | § | |
| BLACKBOARD INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before October 2, 2023 that the settlement could not be completely documented.

The docket call scheduled for September 25, 2023 is cancelled.

SIGNED this 31st day of August 2023.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE